

# United States District Court
# Eastern District of California

| Wallace Hatfield |
|---|

Plaintiff(s)

V.

| Nutrien Ag Solutions, Inc., et al |
|---|

Defendant(s)

Case Number: | 1:26-cv-03233 |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Heather P. Lamberg _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Yara North America, Inc.

On _____ 07/09/2001 _____ (date), I was admitted to practice and presently in good standing in the
_____ Dist rd of Columbia _____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (**If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.**)

_____

_____

Date: _____ 05/18/2026 _____    Signature of Applicant: /s/ Heather P. Lamberg _____

---

**Pro Hac Vice Attorney**

Applicant's Name: Heather P. Lamberg

Law Firm Name: Freshfields US LLP

Address: 700 13th St NW

City: Washington    State: DC    Zip: 20005

Phone Number w/Area Code: (202) 210-8639

City and State of Residence:

Primary E-mail Address: heather.lamberg@freshfields.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Justina K. Sessions

Law Firm Name: Freshfields US LLP

Address: One Bush Street, 17th Floor

City: San Francisco    State: CA    Zip: 94104

Phone Number w/Area Code: (650) 461-8276    Bar # 270914

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 19, 2026

_Erin Day Castllo_

JUDGE, U.S. DISTRICT COURT